JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHAPRIA CHAPMAN, JR., <br><br> Petitioner, <br><br> v. <br><br> MARTIN BITER, WARDEN, <br><br> Respondent. | CASE NO. ED CV 17-1169-DMG (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE